UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2020
```

---------------------------------------------------------X
DARIO VELASQUEZ, on behalf of others         :
similarly situated                            :
                              Plaintiff,      :
                                              :
              -against-                       :          20-CV-5229 (VEC)
                                              :
                                              :          ORDER
NYC TRUCKING CORP.  d/b/a NYC PRODUCE, :
and VICTORIANO BRAVO, as an individual,       :
                                              :
                                              :
                              Defendants.     :
---------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS Plaintiff filed this lawsuit on July 8, 2020 (Dkt. 1);

        WHEREAS Plaintiff filed an affidavit indicating that Defendants waived service of

process (Dkt. 6);

        WHEREAS Defendants have failed to appear, answer, or otherwise respond to the

Complaint by the October 7, 2020 deadline;

        IT IS ORDERED that Plaintiff must apply for a certificate of default against Defendants

no later than **November 13, 2020**.  Within fourteen days of receiving such a certificate, Plaintiff

must apply for a default judgment against Defendants, consistent with the procedures described

in Attachment A to the undersigned's Individual Practices in Civil Cases.


**SO ORDERED.**

**Date:  October 22, 2020                          _____
        New York, NY                                    VALERIE CAPRONI
                                                     United States District Judge**