USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DARIO VELASQUEZ, on behalf of others similarly situated

                                       Plaintiff,

                -against-                      20-CV-5229 (VEC)

                                             <u>ORDER</u>

NYC TRUCKING CORP. d/b/a NYC PRODUCE, and VICTORIANO BRAVO, as an individual,

                                       Defendants.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on July 8, 2020, Plaintiff initiated this lawsuit (Dkt. 1);

      WHEREAS on January 13, 2021, Plaintiff filed an amended complaint (Dkt. 15)

      WHEREAS Defendants have failed to appear, answer, or otherwise respond to the Complaint by the parties' stipulated May 15, 2021 deadline (Dkt. 21);

      IT IS ORDERED that Plaintiff must apply for a certificate of default against Defendants no later than **June 25, 2021**. Within fourteen days of receiving such a certificate, Plaintiff must apply for a default judgment against Defendants, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases.

**SO ORDERED.**

**Date: June 9, 2021**
**New York, NY**

                                                    _____
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**